UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

---

JESSICA DAVIS,                                        CASE NO. 1:24-cv-02338-JRR
         Plaintiff,

    vs.

EXPERIAN INFORMATION SOLUTIONS, LLC;
TRANS UNION LLC; MIDLAND CREDIT
MANAGEMENT, LLC; and ORIONS
MANAGEMENT GROUP, LLC;
         Defendants.

---

**ORDER**

---

This matter is before the Court on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint (the "Motion").

The Court has considered the Motion, and it is now ORDERED AND ADJUDGED that the Motion is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

_____                    _____
Date                                                              HONORABLE JUDGE JULIE R. RUBIN
                                                                UNITED STATES DISTRICT COURT
                                                                DISTRICT OF MARYLAND